UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS-McALLEN DIVISION
OFFICE OF THE CLERK
1701 W. Bus. Hwy 83, Suite 1011
McAllen, Texas 78501
(956) 618-8065

March 20, 2008

FILED
08 MAR 26 PM 2:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08cr7018-IEG

Michael N. Milby
  Clerk

Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street 4290
San Diego, CA 92101

   RE: U.S.A. v Osman Nahum Rodriguez-Turcios
       Our No. 7:04cr710

Enclosed herewith please find certified copies of the Transfer of Jurisdiction, Indictment, Judgment, and docket sheet previously requested by your office.

Please complete the receipt below and return the attached copy of this letter.

Sincerely,

MICHAEL N. MILBY, CLERK

by: _____
    A. Morin, Deputy clerk

cc: AUSA
    USM
    USPO

Received and filed under Criminal Docket No. _____ on this the _____ day of _____, 2008.

Clerk, U.S. District Court

_____
Deputy Clerk

| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran Court)* M-04-710-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec Court)* 08cr7018-IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Osman Nahum Rodriguez-Turcios | DISTRICT Southern District of Texas | DIVISION McAllen |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ricardo H. Hinojosa | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 14, 2005 | TO November 13, 2007 |

**FILED**
MAR 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**OFFENSE**

Being Found in the U.S. after Previous Deportation, in violation of 8 U.S.C. § 1326(a) and 1326(b).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of California on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

2/7/07
Date

Ricardo H. Hinojosa
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

3/8/07
Effective Date

United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

PROB 12C
(9/01)

United States District Court
Southern District of Texas
FILED

FEB 0 7 2007

Michael N. Milby, Clerk

## United States District Court

for

### SOUTHERN DISTRICT OF TEXAS

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **OSMAN NAHUM RODRIGUEZ-TURCIOS**   Case Number: **M-04-710-01**

Name of Sentencing Judicial Officer: **HONORABLE RICARDO H. HINOJOSA**

Date of Original Sentence: **NOVEMBER 24, 2004**

Original Offense: **BEING FOUND IN THE U.S. AFTER PREVIOUS DEPORTATION, IN VIOLATION OF 8 U.S.C. § 1326(a) AND 1326(b).**

Original Sentence: **EIGHTEEN (18) MONTHS CUSTODY OF THE U.S. BUREAU OF PRISONS, TO RUN CONCURRENTLY WITH ANY TERM OF IMPRISONMENT IMPOSED DUE TO REVOCATION OF PROBATION IN LOS ANGELES COUNTY, CALIFORNIA, CAUSE NUMBERS 8MT06485, 8PA03336 AND TO RUN CONCURRENTLY WITH ANY TERM OF IMPRISONMENT IMPOSED IN PENDING LOS ANGELES COUNTY, CALIFORNIA, CAUSE NUMBER 4WH02486, FOLLOWED BY A TWO (2) YEAR SUPERVISED RELEASE TERM.**

Type of Supervision: **SUPERVISED RELEASE**   Date Supervision Commenced: **11/14/05**

Maximum Penalty Upon Revocation: **TWO (2) YEARS IMPRISONMENT, PURSUANT TO 18 U.S.C. § 3583(e)(3).**

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

For the issuance of a Supervised Release Violator's Warrant and no bond be set, and that a Revocation Hearing to show cause why Supervised Release should not be revoked be held at the time of final disposition of the new federal charge in Criminal Docket Number 3:07-mj-00152-RBB, U.S. District Court, Southern District of California, San Diego Division.

The probation officer believes that the offender has violated the following condition(s) of supervision:

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
         Deputy Clerk

RE: RODRIGUEZ-TURCIOS, Osman Nahum                                              2
Dkt. No.:    M-04-710-01

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1.                Mandatory Condition:    "SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME"

On or about January 20, 2007, in San Diego County, within the Southern District of California, Osman Nahum Rodriguez-Turcios violated the mandatory condition of supervision by committing the offense of unlawfully attempting to enter the United States after previously having been excluded, deported and removed, in violation of 8 U.S.C. § 1326.

The Criminal Complaint, 3:07-mj-00152-RBB, reveals that on January 20, 2007, Osman Nahum Rodriguez-Turcios was encountered by Customs and Border Protection agents at the San Ysidro, California, Port of Entry, as he was trying to gain entry into the United States from Mexico by way of a 2003 white Chevrolet truck. When questioned about his citizenship, Osman Nahum Rodriguez-Turcios declared that he was a citizen and national of Honduras. During processing, record checks revealed that the releasee had been formally deported from the United States to Honduras on April 21, 2004. Additionally, although not mentioned in the criminal complaint, the releasee was formally deported to Honduras on November 14, 2005, through the El Paso, Texas, Port of Entry. A criminal record check revealed the releasee was convicted of illegal re-entry after deportation on September 10, 2004. Prior to his deportation and exclusion, Mr. Rodriguez-Turcios was instructed not to return to the United States without the permission from the U.S. Attorney General and Secretary of Homeland Security, the successor. Immigration records revealed that the releasee has not obtained said consent.

I declare, under penalty of perjury,
that the foregoing is true and correct
to the best of my knowledge.

Approved:                                      Respectfully submitted:

_____           by    _____
Minerva A. Muñoz, Supervising                 Celina A. Guerra
U.S. Probation Officer                         U.S. Probation Officer
                                               Date: February 7, 2007
                                               (CAG/er)  #213813

RE:   **RODRIGUEZ-TURCIOS, Osman Nahum**                                               3
Dkt. No.:   **M-04-710-01**

---

THE COURT ORDERS:

[ ]   No Action

[ ]   The releasee be summoned to appear before the United States Magistrate Judge, McAllen, Texas, on _____ at _____ for an initial appearance in order to initiate Supervised Release revocation proceedings before the United States District Court, 10th Floor, 1701 W. Bus. Hwy. 83, McAllen, Texas, on _____ at _____ to show cause why his term of Supervised Release should not be revoked.

[ ]   The issuance of a warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Further, that a revocation hearing be set to show cause why Supervised Release should not be revoked.

[ ]   The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Supervised Release should not be revoked.

[X]   Other:       **The issuance of a Supervised Release Violator's Warrant and no bond be set, and that a Revocation Hearing to show cause why Supervised Release should not be revoked be held at the time of final disposition of the new federal charge in Criminal Docket Number 3:07-mj-00152-RBB, U.S. District Court, Southern District of California, San Diego Division.**

_____
Honorable Ricardo H. Hinojosa
U.S. District Judge

2/7/07
_____
Date

AO 245B    (Rev. 12/03) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in McAllen

United States District Court
Southern District of Texas
FILED
DEC 18 2004
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
DEC 30 2004
Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
V.
**OSMAN NAHUM RODRIGUEZ-TURCIOS**

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 7:04CR00710-001
USM NUMBER: 38291-179

Azalea Aleman, AFPD
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    1 of a single-count Indictment on September 10, 2004.

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1326(a) and 1326(b) | Being found in the U.S. after previous deportation. | 07/27/2004 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

November 24, 2004
Date of Imposition of Judgment

Signature of Judge

**RICARDO H. HINOJOSA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

12/18/04
Date

TRUE COPY I CERTIFY
ATTEST: MICHAEL N. MILBY, CLERK
By _____ Deputy Clerk

mvl   1213813

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: OSMAN NAHUM RODRIGUEZ-TURCIOS
CASE NUMBER: 7:04CR00710-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____18 months._____

The Court further recommends that the imprisonment term imposed in the instant offense run concurrently with any imprisonment term that may be imposed due to revocation of the defendant's term of probation in Cause Number 8MT06485, Los Angeles County Municipal Court, Los Angeles, California; with any imprisonment term that may be imposed if probation is revoked in Case Number 8PA03336, Los Angeles County Superior Court, Pasadena, California; and with any imprisonment term that may be imposed in the defendant's pending case in Cause Number 4WH02486, Los Angeles County Superior Court, Los Angeles, California.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in an institution where he can receive drug abuse treatment and/or counseling, and one that is as close as possible to his family in California.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ by _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT:     OSMAN NAHUM RODRIGUEZ-TURCIOS
CASE NUMBER:   7:04CR00710-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 2 years.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
         Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: OSMAN NAHUM RODRIGUEZ-TURCIOS
CASE NUMBER: 7:04CR00710-001

## SPECIAL CONDITIONS OF SUPERVISION

If deported, the defendant is not to re-enter the United States illegally. If the defendant is deported during the period of probation or the supervised release term, supervision by the probation office becomes inactive. If the defendant returns, the defendant shall report to the nearest U.S. Probation Office immediately. Supervision by the probation officer reactivates automatically upon the defendant's reporting.

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: OSMAN NAHUM RODRIGUEZ-TURCIOS
CASE NUMBER: 7:04CR00710-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $100 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine   ☐ restitution.

  ☐ the interest requirement for the ☐ fine   ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT:   OSMAN NAHUM RODRIGUEZ-TURCIOS
CASE NUMBER:   7:04CR00710-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __100__ due immediately, balance due

  ☐ not later than _____, or
  ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
     Make all payments payable to: U.S. District Clerk, Attn: Finance, P.O. Box 5059, McAllen, TX 78502

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**                **Total Amount**       **Joint and Several Amount**       **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

United States District Court
Southern District of Texas
FILED

AUG 17 2004

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-04-710 |
| § | |
| OSMAN NAHUM RODRIGUEZ- § | |
| TURCIOS § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 27, 2004, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**OSMAN NAHUM RODRIGUEZ-TURCIOS,**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found near La Joya, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

CLOSED, PRIOR

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:04-cr-00710 All Defendants
### Internal Use Only

Case title: USA v. Rodriguez-Turcios  
Magistrate judge case number: 7:04-mj-03224

Date Filed: 08/17/2004  
Date Terminated: 12/18/2004

Assigned to: Judge Ricardo H. Hinojosa

**Defendant**

**Osman Nahum Rodriguez-Turcios** (1)  
*TERMINATED: 12/18/2004*

represented by **Azalea Aleman**  
Federal Public Defender  
1701 W Business Highway 83  
Ste 405  
McAllen, TX 78501  
956-630-2995  
Fax: 956-631-8647 fax  
Email: azalea_aleman@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: *Public Defender or Community Defender Appointment*

**McAllen Interpreter**  
U S District Court  
P O Box 5059  
McAllen, TX 78501  
*ATTORNEY TO BE NOTICED*  
Designation: *Retained*



TRUE COPY I CERTIFY  
ATTEST: MICHAEL N. MILBY, CLERK  
By _____ Deputy Clerk

**Pending Counts**

Unlawfully present in the US after being previously excluded, deported and removed; Title 8 USC Sections 1326(a) and 1326

**Disposition**

18 months custody of the Bureau

(b); Offense date: 7/27/04;
Penalty: Imprisonment for not
more than 20 yrs and/or a fine not
to exceed $250,000 and at least a
3 yr SRT
(1)

of Prisons, 2 years Supervised
Release Term, $100.00 Special
Assessment

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**  represented by  **Maria A Aponte**
US Department of Justice
1301 New York Ave
9th FL
Washington, DC 20530
202-305-9645
Fax: 202-514-0080
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry L Leonard**
US Attorneys Office
1701 W Hwy 83
Ste 600
McAllen, TX 78501
956-630-3173
Fax: 956-618-8009

| | | |
|---|---|---|
| 08/26/2004 | 2 | Arraignment held before Magistrate Judge Dorina Ramos Ct Reporter: ERO: Carmel Phelps; Interpreter: Beatriz Guzman/used; Appearances: Alex Lewis f/govt; Azalea Alem Osman Nahum Rodriguez-Turcios (1) count(s) 1 , filed., Plea of Not Guilty: , Osman Nahum Rodriguez-Turcios (1) count(s) 1 (eleandro) (Entered: 09/01/2004) |
| 08/26/2004 | 3 | SCHEDULING ORDER setting Motion Filing deadline on 9/7/04 for Osman Nahum Rodriguez-Turcios ; Motion Response deadline 9/24/04 for Osman Nahum Rodriguez-Turcios Pretrial Conference for 9:30 10/1/04 for Osman Nahum Rodriguez-Turcios ; Jury Selection for 9:30 10/5/04 for Osman Nahum Rodriguez-Turcios ; Motions for Continuance by 9/17/04 for Osman Nahum Rodriguez-Turcios before Judge Ricardo H. Hinojosa ( Signed by Magistrate Judge Tracy Klingler ), entered. Parties ntfd. (eleandro) (Entered: 09/01/2004) |
| 09/10/2004 | 4 | Minute Entry for proceedings held before Judge Ricardo H. Hinojosa :RE-ARRAIGNMENT held on 9/10/2004. Osman Nahum Rodriguez-Turcios (1) Guilty Count 1. Appearances: Azalea Aleman f/deft, Scott Hilderman f/govt.(ERO:Tony Tijerina) (Interpreter:Cindy De Pena/used) Deft remanded to custody , filed.(shenry, ) (Entered: 09/14/2004) |
| 09/10/2004 | 5 | PLEA AGREEMENT as to Osman Nahum Rodriguez-Turcios , filed. (shenry, ) (Entered: 09/14/2004) |
| 09/10/2004 | | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Osman Nahum Rodriguez-Turcios. PSI Completion due by 10/15/2004. Objection to PSI due by 10/29/2004 Final PSI due by 11/12/2004 Sentencing set for 11/24/2004 09:30 AM before Judge Ricardo H. Hinojosa. ( Signed by Judge Ricardo H. Hinojosa ). Parties notified. (shenry, ) (Entered: 09/14/2004) |
| 10/29/2004 | 6 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Osman Nahum Rodriguez-Turcios , filed. (shenry, ) (Entered: 11/02/2004) |
| 11/18/2004 | 7 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Osman Nahum Rodriguez-Turcios, filed. (cdepena, ) (Entered: 11/18/2004) |
| 11/18/2004 | 8 | CONFIDENTIAL SENTENCING RECOMMENDATION (Sealed) regarding Osman Nahum Rodriguez-Turcios, filed. |

| | | |
|---|---|---|
| | | (cdepena, ) (Entered: 11/18/2004) |
| 11/24/2004 | 9 | Minute Entry for proceedings held before Judge Ricardo H. Hinojosa :Sentencing held on 11/24/2004 for Osman Nahum Rodriguez-Turcios (1), Count(s) 1, 18 months custody of the Bureau of Prisons, 2 years Supervised Release Term, $100.00 Special Assessment. Appearances:Maria Aponte f/govt, Azalez Aleman f/deft.(ERO:Tony Tijerina) (Interpreter:Cindy De Pena/used) Deft remanded to custody , filed.(eleandro, ) (Entered: 12/02/2004) |
| 12/18/2004 | 10 | JUDGMENT as to Osman Nahum Rodriguez-Turcios (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal) ( Signed by Judge Ricardo H. Hinojosa ). Parties notified. (eleandro, ) (Entered: 12/30/2004) |
| 12/18/2004 | | (Court only) ***Case Terminated as to Osman Nahum Rodriguez-Turcios (eleandro, ) (Entered: 12/30/2004) |
| 07/05/2005 | 11 | Judgment Returned Executed on 1-28-05 to serve sentence at RCDC at Pecos, TX as to Osman Nahum Rodriguez-Turcios, filed. (llcervantes) (Entered: 07/05/2005) |
| 02/07/2007 | 12 | (Court only) PROBATION FORM 12C Petition for Warrant or Summons for Offender Under Supervision as to Osman Nahum Rodriguez-Turcios. Bond Set in amount of: No bond. Court Orders issuance of warrant and that a Revocation Hearing be held at the final disposition of the new federal charge in Criminal Docket No. 3:07-mj-00152-RBB, U.S. District of California, San Diego Division ( Signed by Judge Ricardo H. Hinojosa ). Parties notified. (shenry, ) (Entered: 02/15/2007) |
| 02/07/2007 | 13 | Supervised Release Jurisdiction Transferred to Southern District of California as to Osman Nahum Rodriguez-Turcios., filed.(amorin, ) (Entered: 04/04/2007) |
| 02/13/2007 | | (Court only) Arrest Warrant Issued by Judge Ricardo H. Hinojosa in case as to Osman Nahum Rodriguez-Turcios, filed. (amorin, ) (Entered: 02/14/2007) |
| 02/15/2008 | 14 | (Court only) Arrest Warrant Returned Unexecuted in case as to Osman Nahum Rodriguez-Turcios., filed. (shenry, ) (Entered: 02/20/2008) |